UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RODNEY NANTZ, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> ALLSTATE FIRE AND CASUALTY § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | No. 1:20–CV–450–DAE |

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Having reviewed the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Rodney Nantz and Defendant Allstate Fire and Casualty Insurance Company, it is hereby **ORDERED** that Plaintiff's causes of action against Defendants are hereby **DISMISSED WITH PREJUDICE** to refiling same. All costs of Court are hereby charged against the party incurring the same.

**IT IS SO ORDERED**.

**DATE:** April 27, 2021.

David Alan Ezra
Senior United States District Judge

1